UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Hon. Kevin McNulty |
| : | |
| AHMAD JOHNSON, : | Crim. No. 18-578-03 (KM) |
| a/k/a "OC," : | |
| CORY CANZATER, : | **ORDER FOR A CONTINUANCE** |
| a/k/a "Big C," and : | |
| MAURICE MCPHATTER, : | |
| a/k/a "Ree" : | |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Ari B. Fontecchio, Assistant U.S. Attorney) and defendant Maurice McPhatter (by Timothy Michael Donohue, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through May 1, 2019, to permit defense counsel the reasonable time necessary for effective preparation in this matter, to allow the parties to conduct plea negotiations, and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter; and the defendant having consented to this continuance and he and/or his counsel having waived such right on his behalf and with his concurrence in open court; and this being the second request for a continuance, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(2) Plea negotiations are anticipated, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

(3) The granting of a continuance will likely conserve judicial resources; and

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 31st day of January~~/February~~, 2019,

ORDERED that this action be, and hereby is, continued under the Speedy Trial Act from the date this Order is signed through and including May 1, 2019; and it is further

ORDERED that the period from the date this Order is signed through and including May 1, 2019 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. KEVIN MCNULTY
United States District Judge

Form and entry consented to:

Ari B. Fontecchio
Assistant U.S. Attorney

Ronnell L. Wilson
Chief, OCDETF/Narcotics

Timothy Michael Donohue, Esq.
Counsel for Defendant Maurice McPhatter